**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: April 27, 2010**

_____

BK1002551
JJR

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| IN RE: | Case No. 08-13099 |
|---|---|
| Theresa D. Aikens | Chapter 13 |
| | Judge Hopkins |
| Debtor | **AGREED ORDER ON MOTION FOR RELIEF FROM STAY OF U.S. BANK, N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER, FILED HEREIN ON MARCH 16, 2010 DOC. # 50 (PROPERTY ADDRESS: 6501 MERWIN AVENUE, CINCINNATI, OH 45227)** |

    This matter having come on before the Court upon the Motion For Relief From Stay filed herein on March 16, 2010 Pacer Document #50 by the secured Movant, U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer (hereinafter "Movant") (Proof of Claim #3-1 per the Claims Register and being Trustee's Claim #3), and upon debtor's response thereto filed herein on March 19, 2010 as Pacer Document #52; and a hearing having been

scheduled for April 26, 2010; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1. The Chapter 13 Plan filed herein on behalf of the debtor provided that said debtor was to make the regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2. In breach of the terms of said Plan, the debtor failed to make certain of the regular monthly mortgage payments to Movant, incurring a total post-petition arrearage of $6,007.69 as of April 30, 2010, which amount consists of:

Post Petition Payments:

| Amount | Date Due |
|---|---|
| 866.25 | November 1, 2009 |
| 866.25 | December 1, 2009 |
| 866.25 | January 1, 2010 |
| 866.25 | February 1, 2010 |
| 866.25 | March 1, 2010 |
| 866.26 | April 1, 2010 |

Post Petition Late Charges:

| Amount | Date Due |
|---|---|
| 34.65 | November 16, 2009 |
| 34.65 | December 16, 2009 |
| 34.65 | January 16, 2010 |
| 34.65 | February 16, 2010 |
| 34.65 | March 16, 2010 |
| 34.65 | April 16, 2010 |

and $500.00 for attorney fees associated with the Motion and $150.00 court costs incurred herein for filing the

Motion, less $47.72 in debtor's suspense account.

      3.      In order to eliminate said post-petition delinquency, the debtor agrees to pay to Movant and Movant hereby agrees to accept the following lump sum payments in the form of certified funds, as follows:

Stipulated Payments:

| Amount | Date Due |
|---|---|
| 1,001.29 | May 15, 2010 |
| 1,001.28 | June 15, 2010 |
| 1,001.28 | July 15, 2010 |
| 1,001.28 | August 15, 2010 |
| 1,001.28 | September 15, 2010 |
| 1,001.28 | October 15, 2010 |

Said payments are in addition to the regular monthly mortgage payments due and owing for said months. All payments shall be tendered to:

**U.S. Bank Home Mortgage**
**4801 Frederica Street**
**Owensboro, KY 42301**

This payment address is subject to change.

      4.      The debtor states that the funds to make said lump sum payments are being obtained from <u>monthly income, family assistance</u>.

      5.      The debtor further agrees to resume the regular monthly mortgage payments outside the Plan directly to Movant on May 1, 2010, and to make all further monthly payments in a timely fashion.

      6.      In the event that the said debtor should fail to make the lump sum payment hereinabove described on or before their specified due dates, or should fail to pay any future monthly payment within 15 of its due date, or should the debtor fail to make any payment to the Trustee's Office within 30 days of the last day of the month in which it is due, then, or in any one of those events, Movant shall send a letter or e-mail to debtor and debtor's counsel advising of said default. If the default is not cured within ten (10) days, Movant shall file with the Court an

Affidavit certifying that the debtors are in default under the terms of the Agreed Order and tender a proposed Order Granting Final Modification of the Automatic Stay. Upon submission of such Affidavit and Order Granting Final Modification of the Automatic Stay, the Court shall enter the Order, without a hearing, providing Movant, its successors and/or assigns is granted relief from the automatic stay imposed by Section 362 of the Bankruptcy Code. The only ground for objection to such an Order shall be that payments were timely made.

IT IS SO ORDERED.

/s/ Michael R Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0076240
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
sohbk@lsrlaw.com

/s/ Shawn R Ryan, Attorney for Debtor, VIA FAX AUTHORIZATION
Ohio Supreme Court No. 0042267
Theresa D. Aikens, Debtor
11 West 6th Street
Covington, KY 41011
859-581-5516
Fax : 859-581-5536
Email: shawnryanlaw@insightbb.com



/s/ Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney Reg No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, Ohio 45202
513-621-4488
513 621-2643 Fax

COPIES TO:

DEFAULT LIST

###